**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No.: 7:20-CV-190-D**

TAMMIE PRISELAC, individually and on )
behalf of all others similarly situated, )
                                )
                  Plaintiff, )
                                )
           vs. )        **ORDER GRANTING MOTION TO STAY**
                                )        **DEADLINE TO SELECT MEDIATOR**
THE CHEMOURS COMPANY FC, LLC, THE )
CHEMOURS COMPANY, E.I. DUPONT DE )
NEMOURS AND COMPANY, INC., E.I. )
DUPONT CHEMICAL CORPORATION, )
CORTEVA, INC., DUPONT DE NEMOURS, )
INC., ELLIS H. MCGAUGHY, BRIAN D. )
LONG, and MICHAEL E. JOHNSON, )
                                )
                Defendants. )

Before the Court is the parties' joint motion to stay the deadline to select a mediator. For

good cause shown, the motion is GRANTED.

The parties' deadline to select a mediator is hereby STAYED. The Court will set a new

deadline after resolution of the class-certification phase of the case.

SO ORDERED. This _9_ day of May, 2023.

                                          JAMES C. DEVER III
                                          United States District Judge